1

2

3

4

5

6

7

8                    **UNITED STATES DISTRICT COURT**

9                    **CENTRAL DISTRICT OF CALIFORNIA**

10

11  MONTELL ANDRE GARRETT,              **Case No. CV 17-06743-CJC (RAO)**

12                     Petitioner,

13        v.                               **ORDER ACCEPTING FINDINGS,**
                                           **CONCLUSIONS, AND**
14  C.C.B. COURTS IN LOS ANGELES,         **RECOMMENDATIONS OF**
    et al.,                                **UNITED STATES MAGISTRATE**
15                                         **JUDGE**
                       Respondent.
16

17

18          Pursuant to 28 U.S.C. § 636, the Court has reviewed the First Amended

19  Petition, all of the records and files herein, and the Magistrate Judge's Amended

20  Report and Recommendation.   The Court accepts and adopts the findings,

21  conclusions, and recommendations of the Magistrate Judge.

22          IT IS ORDERED that the First Amended Petition is denied and Judgment

23  shall be entered dismissing this action without prejudice.

24

25  DATED:  December 20, 2017

26                                         _____
                                           CORMAC J. CARNEY
27                                         UNITED STATES DISTRICT JUDGE

28