**JS-6**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MONTELL ANDRE GARRETT, | **Case No. CV 17-06743-CJC (RAO)** |
| Petitioner, | |
| v. | **JUDGMENT** |
| C.C.B. COURTS IN LOS ANGELES, et al., | |
| Respondent. | |

Pursuant to the Court's Order Accepting Findings, Conclusions, and Recommendations of United States Magistrate Judge,

IT IS ORDERED AND ADJUDGED that the First Amended Petition is denied, and this action is dismissed without prejudice.

DATED: December 20, 2017

CORMAC J. CARNEY
UNITED STATES DISTRICT JUDGE